IN THE UNITED STATES DISTRICT COURT FILED BY _____ D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 OCT 25 PM 5: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                         NO. 05-20154-MaV

DION HARRISON,

        Defendant.

_____

        ORDER CONDITIONALLY WAIVING APPEARANCE AT REPORT DATE

_____

        On October 24, 2005, counsel for defendant Dion Harrison,

filed a motion to waive the appearance of the defendant at the

report date scheduled on October 28, 2005.  For good cause shown,

the motion is granted and the appearance of the defendant is

waived on the condition that counsel file with the court a

written waiver signed by the defendant.  Upon its receipt,

counsel shall immediately file the required written waiver.

        It is so ORDERED this 25th day of October, 2005.

                                _____
                                SAMUEL H. MAYS, JR.
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-26-05_

21

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CR-20154 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT